Dwauntavia THOMAS, Appellant,

v.

STATE of Florida, Appellee.

Case No. 5D16–1076

District Court of Appeal of Florida,
Fifth District.

Opinion filed December 2, 2016

James S. Purdy, Public Defender, and Nicole Joanne Martingano, Assistant Public Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

In this Anders[1] appeal, we affirm the revocation of probation and the sentence without discussion. However, we remand with directions that the trial court enter an amended order revoking probation, specifying the conditions of probation that Thomas violated. *Mack v. State*, 694 So.2d 130 (Fla. 5th DCA 1997) (citations omitted). Thomas need not be present for this clerical correction. *Id.* (citing *Bontrager v. State*, 678 So.2d 518 (Fla. 1st DCA 1996)).

AFFIRMED; REMANDED, with instructions.

LAWSON, C.J., SAWAYA and LAMBERT, JJ., concur.

---

1. *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Charles Lee SEMKO, Appellant,

v.

STATE of Florida, Appellee.

Case No. 5D16–996

District Court of Appeal of Florida,
Fifth District.

Opinion filed December 2, 2016

Charles Lee Semko, Milton, pro se.

James S. Purdy, Public Defender, and George D.E. Burden, Assistant Public Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Marjorie Vincent–Tripp, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

In this Anders appeal[1], we affirm as to all issues raised by Appellant, Charles L. Semko. However, we note a scrivener's error in the sentence. The trial court orally pronounced that the statutory maximum sentence would be imposed for Count Two (grand theft), which is five years in prison; but the written judgment reflects a sentence of fifteen years for that count. We, therefore, remand this case to the trial court to correct this scrivener's error.

AFFIRMED and REMANDED for correction of scrivener's error.

SAWAYA, TORPY and WALLIS, JJ., concur.

---

1. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).